THE STATE EX REL. BEATRICE FOODS, INC., APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Beatrice Foods, Inc. v.*
*Indus. Comm.* (1994), 69 Ohio St.3d 481.]

(No. 93–1076—Submitted April 25, 1994—Decided June 22, 1994.)

*Jack L. Johnson,* for appellant.

*Lee I. Fisher,* Attorney General, and *Jetta Mencer,* Assistant Attorney General, for appellees.

*Per Curiam.* Beatrice asserts one narrow proposition of law, contending that claimant's bowling activities disqualify her from receiving permanent total disability compensation. We disagree.

First, with the exception of two random dates cited by Steve Winch, it appears all the bowling activity at issue occurred *before* claimant applied for permanent total disability compensation. Second, a significant percentage of claimant's inability to work is attributable to her psychiatric condition. Even if claimant's bowling is indicative of a *physical* capacity for work, that capacity is immaterial if the claimant's psychiatric condition, either alone or together with her nonmedical factors, combines with what physical impairment does remain to produce an

inability to work. That is precisely what occurred here, as the commission's order demonstrates.

The appellate court's judgment is affirmed.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

WRIGHT, J., concurs in judgment only.

PFEIFER, J., dissents.